1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JOSEPH W. ROSE, ESQ.**
STATE BAR NO. 232261
1671 Creekside Dr, Ste 102
Folsom, CA 95630
(916) 984-7840

**WILLIAM F. WRIGHT, ESQ.**
STATE BAR NO. 109470
1731 J Street, Suite 250
Sacramento, CA 95814
(916) 442-8614

Attorneys for Plaintiffs

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

-ooOoo-

ANTHONY M. CARR, and
DANIEL G. RAPOSE,

        Plaintiffs,

  v.

LAKE VALLEY FIRE PROTECTION
DISTRICT; and DOES 1 through 100, in their
individual capacities,

        Defendants,

_____/

Case No.: 2:05-CV-00365-DFL-JFM

**STIPULATION TO DISMISS SECOND CLAIM FOR RELIEF AND TO EXTEND FILING DEADLINE OF JOINT STATUS REPORT INCLUDING RULE 26(f) DISCOVERY PLAN**

WHEREAS, all defendants in the within action have been served; and

WHEREAS, joinder of additional parties is not anticipated; and

WHEREAS, no further amendment of pleadings is expected or desired; and

WHEREAS, the parties have conferred regarding defendants' F.R.C.P. 12(b)(6) Motion

for Partial Dismissal of Plaintiff's Complaint now set to be heard on June 22, 2005, at 10:00 a.m.,

in the Courtroom of the Honorable David E. Levi, United States District Court for the Eastern

District of California; and

WHEREAS, the parties will stipulate to dismiss Plaintiff's Second Claim for Relief relating to alleged violations of the California Public Employees' Retirement Law (Cal. Gov. Code §§ 2000 *et seq.)*; and

WHEREAS, the parties have conferred as required by Rule 26(f); and

WHEREAS, the dismissal of Plaintiff's Second Claim for Relief will necessitate additional time to complete preparation of the joint status report including the Rule 26(f) discovery plan.


THEREFORE, IT IS HEREBY STIPULATED, by and between the parties hereto, by their respective counsel, that  Plaintiff's Second Claim for Relief alleging violations of the California Public Employees' Retirement Law (Cal. Gov. Code §§ 2000 *et seq.*) is dismissed from this action.

It is further stipulated, subject to approval of this Court, that paragraph (4) of the Court's Order Requiring Joint Status Report be modified so as to direct filing of the joint status report and Rule 26(f) discovery plan on or before May 11, 2005.

Dated: April 28, 2005.                   JOSEPH W. ROSE, ESQ.
                                         WILLIAM F. WRIGHT, ESQ.


_____
Joseph W. Rose
Attorney for Plaintiffs

/s/ William F. Wright as authorized on 2/23/05
William F. Wright
Attorney for Plaintiffs


Dated: April 29, 2005               MEYERS, NAVE, RIBACK, SILVER & WILSON


_____
Arthur A. Hartinger
Attorney for Defendants

1

2    IT IS SO ORDERED:

3

4                                    Dated: April 29, 2005

5

6

7                                    DAVID F. LEVI
                                     United States District Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28