ARTHUR A. HARTINGER, State Bar No. 121521
JESSE J. LAD, State Bar No. 2229389
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Phone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendant
Lake Valley Fire Protection District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY M. CARR, et al., | Case No.: 2:05 – CV-00365-DFL-JFM |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL; ORDER** |
| LAKE VALLEY FIRE PROTECTION DISTRICT, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Daniel G. Rapose ("Rapose") and the Lake Valley Fire Protection District ("District"), through their designated counsel, that the above captioned lawsuit filed by plaintiff Rapose be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). This stipulation does not speak to the lawsuit filed by plaintiff Anthony M. Carr.

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated:  November 14, 2005 | MEYERS, NAVE, RIBACK, SILVER & WILSON |
| | |
| | By:      /s/ Arthur A. Hartinger |
| | Arthur A. Hartinger |
| | Attorney for Defendant Lake Valley Fire Protection District |
| DATED:  November 11, 2005 | ROSE & ASSOCIATES |
| | By:          /s/ Joseph W. Rose |
| | Joseph W. Rose |
| | Attorney for Plaintiff Daniel G. Rapose |

**ORDER**

**IT IS SO ORDERED.**

Dated: 11/16/2005

_____
DAVID F. LEVI
United States District Judge

Stipulation to Dismiss | Carr v. Lake Valley Fire Protection District
2 | Case No. 2:05 – CV – 00365-DFL-JFM

PDF created with pdfFactory trial version www.pdffactory.com

PDF created with pdfFactory trial version www.pdffactory.com