ARTHUR A. HARTINGER, State Bar No. 121521
JESSE J. LAD, State Bar No. 229389
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Phone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendant
Lake Valley Fire Protection District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY M. CARR, et al.,<br><br>Plaintiff,<br><br>v.<br><br>LAKE VALLEY FIRE PROTECTION DISTRICT,<br><br>Defendant. | Case No.: 2:05 – CV-00365-DFL-JFM<br><br>**STIPULATION OF DISMISSAL; ORDER** |

IT IS HEREBY STIPULATED by and between Anthony M. Carr ("Carr") and the Lake Valley Fire Protection District ("District"), through their designated counsel, that the above captioned lawsuit filed by plaintiff Carr be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: December ____ 2005 | MEYERS, NAVE, RIBACK, SILVER & WILSON |
| | |
| | By: _____ |
| |     Jesse J. Lad |
| | Attorney for Defendant Lake Valley Fire Protection District |
| DATED: December ___, 2005 | ROSE & ASSOCIATES |
| | |
| | By:_____ |
| |     Joseph W. Rose |
| | Attorney for Plaintiff Anthony M. Carr |

**ORDER**

**IT IS SO ORDERED.**

Dated: 12/6/2005

_____
DAVID F. LEVI
United States District Judge

---

Stipulation to Dismiss

2

Carr v. Lake Valley Fire Protection District
Case No. 2:05 – CV – 00365-DFL-JFM

PDF created with pdfFactory trial version www.pdffactory.com



PDF created with pdfFactory trial version www.pdffactory.com